1  JAMES WILFRED RAY AND DEBORAH ANN RAY
   3190 Carlson Drive
2  Shingle Springs, CA  95682
   Phone:  530-676-1486
3  Email:  theray6@sbcglobal.net

4

5  JAMES WILFRED RAY AND DEBORAH ANN RAY, IN PRO PER

**FILED**

JAN - 8 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
          DEPUTY CLERK

6

7

8  **UNITED STATES DISTRICT COURT FOR EASTERN**

9  **DISTRICT OF CALIFORNIA**

10

11  JAMES WILFRED RAY AND
    DEBORAH ANN RAY, individuals,

12                    Plaintiff(s),

13    vs.

14  JUDGE WARREN STRACENER

15  JUDGE FREDA PECHNER

16  JUDGE THOMAS SMITH

17  JUDGE DAVID DEVORE

18  JENNIFER HEMINEZ, SUPERIOR COURT

19  CLERK

20  GARY DECKER, THE WOLF FIRM

21  PAVEL EKMEKCHYAN, YU MOHANDESI

22  DIANE CRAGG, SEVERSON & WERSON

23  THOMAS WOODS, STOEL RIVES, LLP

24                    Defendant(s).

25

26

27

28

)  Case No. 2: 1 9 - CV - 0 0 5 5 MCE KJN PS
)
)  **COMPLAINT FOR VIOLATION OF**
)
)  **CIVIL RIGHTS**
)
)  **JURY TRIAL**
)
)
)
)
)
)
)
)

- 1 -

1 I.JURISDICTION

2 This action arises under United States Constitution, Amendment 5, and 1, federal statutes;

3 42 USC 1986, 1985, 1983,; subject matter jurisdiction pursuant to 28USC 1331; 15 USC

4
5 1692, 1601; 28 USC 1441, (a),(b); 1446(b), 1367, 1651; and others as may appear

6 hereinafter. This civil action is the purchase of a contract with the United States for

7 providing full access to and protection of federal statutes and Constitution mandates.

8

9 II. PARTIES TO THIS COMPLAINT

10    A. The Plaintiff(s), are State Citizens owed fidelity of all government officers in our

11
12       Beneficiary position, Grantors and Bailors to the public trust entitled the State of

13       California, 1849, and in its current operations under the identifier STATE OF

14       CALIFORNIA.

15 James Wilfred Ray and Deborah Ann Ray

16 3190 Carlson Drive

17 Shingle Springs, El Dorado County

18 California

19
20 95682

21 Telephone Number: 530.676.1486

22 E-mail Address: theray6@sbcglobal.net

23

24 B. The Defendant(s)

25 Judge Warren Stracener

26
27 3321 Cameron Park Drive

28 Cameron Park, El Dorado County

1  California

2  95682

3  Telephone Number: 530.621.5867

4  E-mail Address:

5  Job or Title: Judge

6

7  Individual Capacity, Acting Under Color Of Law.

8  Judge Freda Pechner

9  3321 Cameron Park Drive

10  Cameron Park, El Dorado County

11  California

12  95682

13

14  Telephone Number: 530.621.5867

15  Job or Title: Judge

16  Individual Capacity, Acting Under Color of Law

17  Judge David Devore

18  3321 Cameron Park Drive

19  Cameron Park, El Dorado County

20  California

21  95682

22

23  Telephone Number:  530.621.5867

24  Job or Title: Judge

25  Individual Capacity, Acting Under Color of Law

26  Judge Thomas Smith

27  3321 Cameron Park Drive

28

- 3 -

1   Cameron Park, El Dorado County

2   California

3   95682

4   Telephone Number: 530.621.5867

5   Job or Title: Judge

6   Individual Capacity, Acting Under Color of Law

7   Jennifer Heminez

8   3321 Cameron Park Drive

9   Cameron Park, El Dorado County

10  California

11  95682

12  Telephone Number: 530.621.5867

13  Job or Title:  El Dorado County Superior Court Clerk

14  Individual Capacity, Acting Under Color of Law

15  Mr. Gary Decker, representing The Wolf Firm, A Law Corporation

16  2955 Main Street, 2nd Floor

17  Irvine, Orange County

18  California

19  92614

20  Telephone Number: 949.720.9200

21  Job or Title:  Lawyer

22  Individual Capacity, Acting Under Color of Law

23  Pavel Ekmekchyan, (223222), Yu Mohandesi LLP

24  613 West Fifth Street, Suite 2800

- 4 -

1 | Los Angeles, Los Angeles County

2 | California

3 | 90071

4 | Telephone Number: 213.985.2007

5 | E-mail Address: gavel@yumollp.com

6 |

7 | Job or Title:  Lawyer

8 | Individual Capacity, Acting Under Color of Law

9 | Diane P. Cragg (221121), Severson & Werson, A Professional Corporation

10 | One Embarcadero Center, Suite 2600

11 | San Francisco, San Francisco County

12 | California

13 | 94111

14 | Telephone Number: 415.398.3344

15 | E-mail Address: dpc@severson.com

16 |

17 | Job or Title: Lawyer

18 | Individual Capacity, Acting Under Color of Law

19 | Thomas A. Woods (210050), Stoel Rives LLP

20 | 500 Capitol Mall, Suite 1600

21 | Sacramento, Sacramento County

22 | California

23 | 95814

24 | Telephone Number: 916.447.0700

25 | E-mail Address: tawoods@stoel.com

26 |

27 | Job or Title: Lawyer

28 |

Individual Capacity, Acting Under Color of Law

At all times relevant hereto defendants jointly and severally are;

1.      State of California Court Officers.

2.      State of California BAR certified competent in and at the operation of law and
        courts in California bound by oath;

"Business and Professions Code Section 6068 Duties of Attorney

It is the duty of an attorney to do all of the following:

(a) To support the Constitution and laws of the United States and of this state.

(b) To maintain the respect due to the courts of justice and judicial officers.

(c) To counsel or maintain those actions, proceedings, or defenses only as appear to him
or her legal or just, except the defense of a person charged with a public offense.

(d) To employ, for the purpose of maintaining the causes confided to him or her those
means only as are consistent with truth, and never to seek to mislead the judge or any
judicial officer by an artifice or false statement of fact or law.

(e) (1) To maintain inviolate the confidence, and at every peril to himself or herself to
preserve the secrets, of his or her client.

(2) Notwithstanding paragraph (1), an attorney may, but is not required to, reveal
confidential information relating to the representation of a client to the extent that the
attorney reasonably believes the disclosure is necessary to prevent a criminal act that the
attorney reasonably believes is likely to result in death of, or substantial bodily harm to, an
individual.

(f) To advance no fact prejudicial to the honor or reputation of a party or witness, unless
required by the justice of the cause with which he or she is charged.

- 6 -

(g) Not to encourage either the commencement or the continuance of an action or proceeding from any corrupt motive of passion or interest.

(h) Never to reject, for any consideration personal to himself or herself, the cause of the defenseless or the oppressed.

(i) To cooperate and participate in any disciplinary investigation or other regulatory or disciplinary proceeding pending against himself or herself. However, this subdivision shall not be construed to deprive an attorney of any privilege guaranteed by the Fifth Amendment to the Constitution of the United States, or any other constitutional or statutory privileges. This subdivision shall not be construed to require an attorney to cooperate with a request that requires him or her to waive any constitutional or statutory privilege or to comply with a request for information or other matters within an unreasonable period of time in light of the time constraints of the attorney's practice. Any exercise by an attorney of any constitutional or statutory privilege shall not be used against the attorney in a regulatory or disciplinary proceeding against him or her. ..."

3.     At all times relevant hereto defendants jointly and severally are highly trained highly knowledgeable professionals who knew and should know there is no statute nor Constitutional provision recognizing ignorance or circumvention, or ignoring of law as a defense against charges of negligence, conspiracy, theft, breach of oath, nor defense against damages for same.

4.     At all times relevant hereto defendants jointly and severally are highly trained highly knowledgeable professionals who knew and should know there is no statute nor Constitutional provision authorizing anybody, agency, subdivision, branch, state officer or franchised position of the state of California to claim immunity from being held to account in this Civil Action.

5.     At all times relevant hereto defendants jointly and severally are highly trained highly knowledgeable professionals who knew and should know there is no statute nor Constitutional provision, nor rule of court authorizing any judge in any court any where in the United States recognize any one in any position as exempt from the law and their full and complete execution.

6.     At all times relevant hereto defendants jointly and severally are highly trained highly knowledgeable professionals who knew and should know there is no statute nor Constitutional provision either state or federal granting judges or attorneys or other court officers exemption from strict compliance with all the laws of California and the United States at all times, in all circumstances, particularly an action for the taking of property, plaintiffs home.

7.     Defendants jointly and severally know and should know that if they deny any or all of the statements in 1 through 6 above they admit and confess they are in breach of their professional duties, licensed duties and obligations, incompetent to act as court officers, in breach of oath and fidelity to the State of California, or that they are operating for undisclosed purpose and parties exhibiting DIVIDED LOYALTY, causing the strong appearance of corruption.

8.     At all times relevant hereto defendants jointly and severally are highly trained highly knowledgeable professionals who knew and should know there is no statute nor Constitutional provision recognizing nor authorizing defendants as court officers to deny the veracity, the truth exposing their acts or omissions as stated in public records, particularly those defendants jointly and severally participated in constructing.

9.     At all times relevant hereto defendants jointly and severally are highly trained

- 8 -

highly knowledgeable professionals who knew and should know that the public

records they participate in constructing in any manner whatsoever are SWORN

TESTIMONY UNDER SEAL.

III. COMPLAINT:

FIRST STATEMENT OF CLAIM.

Plaintiffs at all times relevant hereto have been denied access to and protection from

proper application of the laws and Constitution of the United States by defendants acting in

conspiracy.

There are no documents filed on record by defendants in removed case no.

PCU20170277, nor in case no. PC20160566, full faith and credit public record fact

identifying, recognizing, applying or executing the following law to the facts of either

removed actions.

A. United States Constitution Amendment 5, Due Process, Amendment 1, redress of

grievance, being intentionally ignored and circumvented, even after demand for

these mandatory controlling laws were demanded to be provided in writing.

B. Federal statutes, 15 USC 1692, Fair Debt Collections Practices Act, being

intentionally ignored and circumvented, even after demand for these mandatory

controlling laws were demanded to be provided in writing.

C. Federal statutes, 15 USC 1601 Truth In Lending Act, being intentionally ignored and

circumvented, even after demand for these mandatory controlling laws were

demanded to be provided in writing.

D. Federal statutes, The Trust Indenture Act (TIA), codified at                    —

        , being intentionally ignored and circumvented, even after demand for these

mandatory controlling laws were demanded to be provided in writing.

SECOND STATEMENT OF CLAIM

Plaintiffs have been denied protections of the law guaranteed in the California Constitution and statutes of California and in particular protections of the laws of the Constitution and statutes of the United States

There are no documents filed on record by defendants in removed case no. PCU20170277, nor in case no. PC20160566, full faith and credit public record fact identifying, recognizing, applying or executing the following law to the facts of either removed actions.

A. The defendants know and has always known that every licensed regulated entity of government or corporate structure is to comply with the law, regulations, rules and ethics codes. Failure to comply with the laws and rules is a crime. Defendants in this matter do not make one allegation that they ever even attempted to comply with the laws. The defendants shirked its duty to hold themselves to the rule of law, the regulations controlling their interstate business and rules of court. The record is the proof of this statement and these defendants know it.

B. The defendants know or should know and have always known that even the mere appearance of evidence of wrongdoing, rules or regulations violations requires positive action. There is no record in this case showing the defendants intended to honor their contractual obligations to recognize crimes, violation or circumvention of rules or regulations. The Breach of Contact, Errors and Fatal Defects are now exposed and the defendants know it.

C. There is no real party defendant in interest in the removed civil action no. PCU20170277. There is no record of any plaintiff or alleged plaintiff being present. In order for any of these corporate or government persons to be present the

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

1    appropriate officer holding authority to speak for and bind the entity must be on

2    record and duly sworn. There is no such record. This means the defendants either

3    made a mistake or an intentional error by allowing third parties, Attorneys, to claim

4    they act for any one. The defendants all know that attorney's statements cannot be

5    considered as evidence nor establish any fact.

6

7    D.  Plaintiffs now correct our most fundamental mistake nunc pro tunc. Plaintiffs never

8    received a loan from any one. Any statement or inference that plaintiffs received a

9    loan from any one was a mistake. The proof that we made mistakes is that there is

10   no evidence on the record showing any one loaned us anything. There is no

11   evidence of anyone else's property being transferred to us other than the seller of

12   the property at issue here. There is no evidence that any one associated to this civil

13   action have any property of any sort identified on this actions record. With no

14   identified property or asset identified, owned and transferred to plaintiffs on

15   record **NO LOAN COULD TAKE PLACE.** What's more these defendants and every

16   Court employee and every attorney associated to this action as defendants in any

17   manner knows that without this evidence being on the record there is no valid claim

18   that could be adjudicated.

19

20

21   E.  There is no evidence of a contract on the record that could be enforced even if the

22   consideration identified above were present. Boni fide loan duly verified would be

23   consideration. The record is absolutely naked of any document committing under

24   properly authorized signature a loan of any entities property or asset or money to

25   me. The defendants well know no corporation or artificial entity can act without a

26   writing of record moved under authorized signature. Absent this required written

27   record there is no contract the defendants from any position, attorneys or judges,

28

- 11 -

1    could enforce.

2    F.  The Security Agreement that Plaintiffs signed is on the records. HOWEVER,
3        Plaintiffs

4        never received any value from the alleged beneficiary of that agreement. There is

5        absolutely no evidence of value of any sort present on the record transferred to

6        plaintiffs or ever in plaintiff's possession. The bogus claim that We received a loan

7        in a security agreement under a promissory note is dead on arrival under E above.

8        There is no proof of value given. Every common man knows as does this Court that
9
10       any real lender of anything could produce proof of ownership of what was allegedly

11       loaned, and prove transfer to a borrower. There is no such record anywhere

12       associated to the actions attempting to take Plaintiffs home.

13   G.  The public records surrounding our property show that the promissory note plaintiffs

14       were deceived into issuing was separated from all other instruments related to what
15
16       is now recognized by us as a fraudulent transaction. That makes the whole

17       transaction void and these defendants know it.

18   H.  There is nothing on record in this matter, even if there were legitimate boni fide

19       parties or attorneys, evidencing even a claim that any of these defendants complied

20       with any law or ever attempted to do so. The defendants know and should know

21       that laws, regulations, rules, securities issuing and tax proceedings are required to
22
23       be in evidence and affirmatively shown on the records. There are no such records.

24   I.  Plaintiffs presentations, in both removed actions, to the defendants begged,

25       demanded, prayed defendants provide access and protection of law, rules and

26       procedures. Plaintiffs have shown the defendants the lack of compliance with

27       numerous laws, regulations, rules, trust and tax laws. Now there is no excuse for

28       not recognizing from the record the willful intent of these defendant parties to

- 12 -

1    mislead this Court by intentional omissions.

2    J.  The record shows the defendants denied our request for documents which denies

3    the evidence to protect our property and benefit from my contract with the State of

4    California which proof is conclusive is on record. FATALLY DEFECTIVE application
5    of fundamental laws and rules is proved on record.
6

7    THIRD STATEMENT OF CLAIM

8    Plaintiffs have been denied protections of the law guaranteed in the United States

9    Constitution and statutes of The United States.

10   Defendants conspired to deny plaintiffs access to simple due process.

11   Due process consisting of the following is now on the removed civil actions now providing
12
     duly sworn testimony under official government of California Seal as proof of claims.
13

14   A. No contract in evidence.

15   B. No consideration in evidence.

16   C. No value in evidence to support a security agreement lien against real property.

17   D. No real parties in interest present on record under boni fide signature representing

18   American Financing, Countrywide Home Loans, Bank of America, Bank of New York
19
     Mellon.
20

21   FOURTH STATEMENT OF CLAIM.

22   Defendants conspired jointly and severally in the construction of intentionally misleading

23   records.

24   Removal Notice shows filed and received documents on the docket of both removed
25   actions.
26
     Defendants know that received documents are not recognized on appeal.
27

28   Defendants intentionally constructed their records to reflect only a limited record.

- 13 -

1   Defendants knew their actions would deny plaintiff full review of all relevant fact and law.

2   FACTS

3

This contract civil action is based on fraudulent practices systemic in the mortgage

4

foreclosure business defendants operate together.

5

6   Public records are rampant with consent judgements, fines and sanctions being issued

7   against the activities of defendant parties and their contemporaries' nationwide.

8   On or about December 13, 2016 plaintiffs filed Quiet Title Action in the El Dorado County

9   California Superior Court.

10   On or about December 20, 2017 defendant Bank of New York Mellon filed eviction and

11   possession action in the El Dorado County California Superior Court.

12

The Quiet Title suit was still active at that time.

13

14   Both actions changed judges in the middle of the actions replacing the different original

15   judges in both removed cases with judge from other counties.

16   Defendants, David Devore and Thomas Smith were not elected or appointed to operate in

17   the venue of El Dorado County.

18   Plaintiffs continued to create the record knowing the conspiring defendants would continue

19   in their conspiracy.

20

21   Thus, the timing of this civil action contract to enforce federal law is now fully ripe.

22

23   IV. INJURIES:

24   Plaintiffs have suffered the treatment, for almost 6 years, of being denied access to the

25   protection of law regulating, by both statute and Constitution, actions of defendants.

26

Thus plaintiffs have been treated as subjects, involuntary servants to defendants in their

27

28   alleged public servant and court officer positions.

- 14 -
INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

1   Denial of access to the protection of the law in a state court makes the plaintiffs SLAVES

2   to either the State or the defendants or both depending on whether the State of California

3   joins as defendant or seeks to defend the clear malfeasance, misfeasance and

4   nonfeasance of the defendants.

5

6   Plaintiffs have suffered the continuing and constantly compounding worry, stress, mental,

7   emotional anguish of losing plaintiffs home resulting in physical stress beyond belief of any

8   one not having the same experience. There is no bench mark for one man to quantify

9   another man's suffering, pain or injuries.

10  Plaintiffs have expended $225,000.00 over 11 years since July 2007 attempting to have

11  defendants and prior contemporary parties and operations simply follow the law and show

12  they did so on public record.

13

14

15  V. REMEDY AND RELIEF:

16  REMEDY; This civil action contract with the United States requires the judge assigned to

17  this action to review carefully all filed documents, records and papers completely and

18  identify in writing the federal statutes complied with by defendants.

19  REMEDY; This civil action contract with the United States requires the judge assigned to

20  this action to review carefully all filed documents, records and papers completely and upon

21  finding defendants failed to strictly comply with all relevant laws, issue Show Cause Order

22  demanding defendants explain their actions to the United States.

23

24  REMEDY; This civil action contract with the United States requires the judge assigned to

25  this action to review carefully all filed documents, records and papers completely and

26  require defendants to answer every allegation, point, charge alleged or laid by plaintiffs

27  nunc pro tunc December 13, 2016.

28

REMEDY; This civil action contract with the United States requires the judge assigned to this action to review carefully all filed documents, records and papers completely and require defendants to either sign every pleading or submission to this United States Court, or file certificate, duly verified, appointing a representative to speak for and bind defendants.

REMEDY; Trial by Jury after full discovery, interrogatories, request for admissions, depositions.

RELIEF; This civil action contract with the United States requires the judge assigned to this action to review carefully all filed documents, records and papers completely and issue Order Quieting Title to the property 3190 Carlson Drive, Shingle Springs, El Dorado County, California 95682, a portion of the Northeast ¼ Section 35, Township 10 North, Range 9 East, MDB&M, more particularly described as Parcel A, as shown on the Parcel Map filed June 23, 1977 in Book 15 of Parcel Maps at page 147, APN: 070-101-33-100.

RELIEF; This civil action contract with the United States requires the judge assigned to this action to review carefully all filed documents, records and papers completely and issue Order for Damages;

A. Sum Certain $2,010,000.00.

B. Actual costs expended by plaintiffs to defend property, property rights, and right to access and the protection from the laws of the United States based on statement of account from plaintiffs as apposite and timely.

C. Immediate clearing of all claims against subject property, 3190 Carlson Drive, Shingle Springs, El Dorado County, California 95682, a portion of the Northeast ¼ Section 35, Township 10 North, Range 9, MDB&M, more particularly described as Parcel A, as shown on the Parcel Map filed June 23, 1977 in book 15 of Parcel Maps at page 147, APN: 070-

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

101-33-100 Quieting Title to Property.

E.  And other relief and remedy as the Court deems proper under execution of this

contract for access to and protection of the laws of the United States of America.

RELIEF; This civil action contract with the United States requires the judge assigned to this

action to review carefully all filed documents, records and papers completely and forward

the complete files to the appropriate United States regulatory and investigative agencies in

context of RICO statutes recognizing civil rights violations are human right abuse of the

highest order, particularly in context of dealing with corruption under President

Trumps, **Executive Order Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption.**

LAW & JUSTICE

Issued on: December 21, 2017

VI. CERTIFICATION AND CLOSING;

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint: (1) is not being presented for an

improper purpose, such as to harass, cause unnecessary delay, or needlessly increase

the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for

extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary

support or, if specifically so identified, will likely have evidentiary support after a

reasonable opportunity for further investigation or discovery; and (4) the complaint

otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case- related

papers may be served. I understand that my failure to keep a current address on file with

the Clerk's Office may result in the dismissal of my case.

1  Date of signing: _Dec  31_, 20 _18_

2

3  _James Wilfred Ray_

4  James Wilfred Ray

5

6

7

8  Date of signing: _Dec. 31_, 20_18_.

9

10  _Deborah Ann Ray_

11  Deborah Ann Ray

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ EI DORADO )

On December 31, 2018 before me, FARIDA Z. NOORANI— NOTARY PUBLIC
(insert name and title of the officer)

personally appeared RAY JAMES WILFRED AND DEBORAH ANN RAY
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

FARIDA Z. NOORANI
NOTARY PUBLIC · CALIFORNIA
COMMISSION # 2136902
EL DORADO COUNTY
My Comm. Exp. December 14, 2019

Signature Farida Z. Noorani        (Seal)

1 JAMES WILFRED RAY AND DEBORAH ANN RAY
  3190 Carlson Drive
2 Shingle Springs, CA  95682
  Phone:  530-676-1486
3 Email:  theray6@sbcglobal.net

4
  JAMES WILFRED RAY AND DEBORAH ANN RAY, IN PRO PER
5

6

7
                    UNITED STATES DISTRICT COURT FOR EASTERN
8
                              DISTRICT OF CALIFORNIA
9

10
   JAMES WILFRED RAY AND              )   Case No.:
11 DEBORAH ANN RAY, individuals,      )
                                      )
12                  Plaintiff(s),     )   **AFFIDAVIT IN SUPPORT OF CIVIL**
                                      )
13        vs.                         )   **RIGHTS COMPLAINT**
                                      )
14 JUDGE WARREN STRACENER             )   **JURY TRIAL**
                                      )
15 JUDGE FREDA PECHNER                )
                                      )
16 JUDGE THOMAS SMITH                 )
                                      )
17 JUDGE DAVID DEVORE                 )
                                      )
18 JENNIFER HEMINEZ, SUPERIOR COURT   )

19 CLERK

20 GARY DECKER, THE WOLF FIRM

21 PAVEL EKMEKCHYAN, YU MOHANDESI

22 DIANE CRAGG, SEVERSON & WERSON

23 THOMAS WOODS, STOEL RIVES, LLP

24                  Defendant(s).

25 _____

26

27

28
                                    - 1 -

1 | James Wilfred Ray and Deborah Ann Ray, first being duly sworn now Declare, that every
2 | document, paper or record filed in this United States District Court for the Eastern District
3 | Of California is presented after careful review, of first hand personal knowledge, true and
4 | correct to the best of our belief.
5 |
6 | We, James Wilfred Ray and Deborah Ann Ray, Declare we are Beneficiaries of all
7 | Government powers and authorities, powers of both California and the United States,
8 | and have no evidence to the contrary.
9 | We James Wilfred Ray and Deborah Ann Ray, Declare we are Citizens living on the
10 | venue of the State of California.
11 | We, James Wilfred Ray and Deborah Ann Ray, Declare we are purchasing a contract
12 | from the United States so that the obligations owed us to provide full unencumbered
13 |
14 | access to the laws and it protections by proper and just application of the laws by
15 | fiduciaries serving this United States Court will become public record.
16 | We James Wilfred Ray and Deborah Ann Ray, understand this statutory court is of
17 | specific, limited and specific jurisdiction holding authorities over all government actors
18 | under their consent to be subject to the United States Constitution.
19 | We, James Wilfred Ray and Deborah Ray, Reserve all rights and now give fair notice
20 | of same.
21 |
22 | Done as Executed this _31st_ day of December, 2018.  Duly sworn and declared under the
23 | pains and penalties of perjury under the laws of the United States of America that the
24 | foregoing is true and correct.
25 |
26 |
27 | James Wilfred Ray
28 | James Wilfred Ray

- 2 -

1

2

3

Deborah Ann Ray

4

Deborah Ann Ray

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ E l DORADO ___)

On _January 2, 2019_ before me, _FARIDA Z. NOORANI_ NOTARY PUBLIC
(insert name and title of the officer)

personally appeared _JAMES WILFRED RAY and Deborah Ann Ray_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

FARIDA Z. NOORANI
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 2136902
EL DORADO COUNTY
My Comm. Exp. December 14, 2019

Signature _Farida Z. Noorani_   **(Seal)**