UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JAMES W. RAY , ET AL. ,
        Plaintiff(s)/Petitioner(s),

vs.

CASE NO.  2:19-CV-00055-MCE-KJN

WARREN STRACENER , ET AL. ,
        Defendant(s)/Respondent(s).

---

**IMPORTANT**

**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

---

[✓] **CONSENT** TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: 2/4/19    Signature: [signature]

Print Name: Sharon M. Nagle

( ) Plaintiff/Petitioner (✓) Defendant/Respondent

Counsel for Judge Stracener, Judge Smith, Judge DeVore, Judge Pro Tem Pechner, and Jennifer Jimenez

---

[ ] **DECLINE** OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____    Signature: _____

Print Name: _____

( ) Plaintiff/Petitioner ( ) Defendant/Respondent

Counsel for _____ *

---

*If representing more than one party, counsel must indicate the name of each party responding.*

# PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 2125 Oak Grove Road, Suite 210, Walnut Creek, California, 94598.

On the date indicated below, I served the following:

**CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

upon the following at the address(es) stated below:

| James Wilfred Ray<br>Deborah Ann Ray<br>3190 Carlson Drive<br>Shingle Springs, CA  95682 | Plaintiffs In Pro Per<br><br>Tel: 530-676-1486 |
|---|---|

_X_ By UNITED STATES MAIL, I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting the processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 5, 2019 at Walnut Creek, California.

_Shannon Wurth_
Shannon Wurth

PROOF OF SERVICE             2