```
 1  CRAIG L. JUDSON - 114926
    SHARON M. NAGLE - 179124
 2  Bold, Polisner, Maddow, Nelson & Judson
    A Professional Corporation
 3  2125 Oak Grove Road, Suite 210
    Walnut Creek, CA 94598
 4  (925) 933-7777 – Telephone
    (925) 933-7804 – Fax
 5  Email: snagle@bpmnj.com

 6  Attorneys for Judge Warren Stracener,
    Judge Thomas Smith (Ret.), Judge
 7  David DeVore (Ret.), Judge Pro Tem
    Freda Pechner, and Jennifer Jimenez
 8
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILFRED RAY and DEBORAH ANN RAY,<br><br>    Plaintiffs,<br><br>vs.<br><br>JUDGE WARREN STRACENER, et al.<br><br>    Defendants. | Case No. 2:19-CV-0055-MCE-KJN<br><br>PROPOSED ORDER<br><br>Date:  March 21, 2019<br>Time:  10:00 a.m.<br>Courtroom:  25<br>Hon. Kendall J. Newman |

This matter came on for hearing March 21, 2019 at 10:00 a.m., in Courtroom 25 of the United States District Court for the Eastern District of California, 501 "I" Street, Sacramento, California, the Honorable Kendall J. Newman presiding. Sharon Nagle appeared on behalf of defendants the Honorable Warren Stracener, judge of the Superior Court of California, County of El Dorado, the Honorable Thomas Smith (Ret.), the Honorable David DeVore (Ret.), Freda Pechner, Judge Pro Tem, and Jennifer Jimenez,[1] courtroom clerk of the Superior

---

[1] Ms. Jimenez was erroneously named in the complaint as 'Jennifer Heminez.'

1
PROPOSED ORDER

1 Court of California, County of El Dorado (collectively referred to as "the Judicial
2 Defendants"). Plaintiffs appeared in propria persona.
3       After considering the evidence in support of and in opposition to the Motion, the
4 points and authorities, and arguments of counsel and Plaintiffs, it is hereby ordered the
5 Judicial Defendants' Motion to Dismiss Plaintiffs' Complaint is GRANTED WITHOUT
6
7 LEAVE TO AMEND.
8
9
10 DATE: _____, 2018   By: _____
                                           The Honorable Kendall J. Newman