CRAIG L. JUDSON - 114926
SHARON M. NAGLE - 179124
Bold, Polisner, Maddow, Nelson & Judson
A Professional Corporation
2125 Oak Grove Road, Suite 210
Walnut Creek, CA 94598
(925) 933-7777 – Telephone
(925) 933-7804 – Fax
Email: snagle@bpmnj.com

Attorneys for Judge Warren Stracener,
Judge Thomas Smith (Ret.), Judge
David DeVore (Ret.), Judge Pro Tem
Freda Pechner, and Jennifer Jimenez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JAMES WILFRED RAY and DEBORAH ANN RAY,

Plaintiffs,

vs.

JUDGE WARREN STRACENER, et al.

Defendants.

Case No. 2:19-CV-0055-MCE-KJN

PROOF OF SERVICE

Date: March 21, 2019
Time: 10:00 a.m.
Courtroom: 25
Hon. Kendall J. Newman

PROOF OF SERVICE

# PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 2125 Oak Grove Road, Suite 210, Walnut Creek, California, 94598.

On the date indicated below, I served the following:

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES

PROPOSED ORDER

upon the following at the address(es) stated below:

| James Wilfred Ray<br>Deborah Ann Ray<br>3190 Carlson Drive<br>Shingle Springs, CA  95682 | Plaintiffs In Pro Per<br><br>Tel: 530-676-1486 |
|---|---|

__x__ By UNITED STATES MAIL, I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting the processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

____ By OVERNIGHT DELIVERY, I enclosed the documents in a sealed envelope or package provided by the overnight delivery carrier and addressed to the persons at the addresses listed above. I am readily familiar with this business's practice for collecting the processing correspondence for overnight delivery. And, on the same day I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

____ By PERSONAL SERVICE I enclosed the documents listed above in a seal envelope, addressed to the persons at the addresses listed above and caused the envelope(s) to be personal delivered at the addresses listed above on the same date listed below.

____ By CM/ECF NOTICE OF ELECTRONIC FILING, I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other mean permitted by the court rules at the address(es) set forth below.

____ By ELECTRONIC TRANSMISSION I transmitted a PDF version of this document by Electronic mail to the party(s) identified above.

PROOF OF SERVICE                    2

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 7, 2019 at Walnut Creek, California.

_____
Shannon Wurth