EDWARD C. DUCKERS (SBN 242113)
ed.duckers@stoel.com
STOEL RIVES LLP
Three Embarcadero Center, Suite 1120
San Francisco, CA 94111
Telephone: 415.617.8900
Facsimile: 415.617.8907

BRYAN L. HAWKINS (SB #238346)
bryan.hawkins@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendants
Thomas Woods and Stoel Rives, LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILFRED RAY AND DEBORAH ANN RAY,<br><br>             Plaintiff,<br><br>     v.<br><br>JUDGE WARREN STRACENER<br>JUDGE FREDA PECHNER<br>JUDGE THOMAS SMITH<br>JUDGE DAVID DEVORE<br>JENNIFER HEMINEZ, SUPERIOR COURT CLERK<br>GARY DECKER, THE WOLF FIRM<br>PAVEL EKMEKCHYAN, YU MOHANDESI<br>DIANE CRAGG, SEVERSON & WERSON<br>THOMAS WOODS, STOEL RIVES, LLP,<br><br>             Defendant. | Case No. 2:19-cv-0055-MCE-KJN<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' COMPLAINT<br><br>Date:   March 28, 2019<br>Time:  10:00 a.m.<br>Dept:   Courtroom 25 - 8th Floor<br>Judge: Hon. Kendall J. Newman |

# **[PROPOSED] ORDER**

Defendants Thomas Woods and Stoel Rives, LLP's ("Defendants") Motion to Dismiss Plaintiffs James Wilfred Ray and Deborah Ann Ray's ("Plaintiffs") Complaint came on for hearing on March 28, 2019, in Courtroom 25 of the above-reference Court.

All appearances were noted in the Court's record.

The Court, having reviewed the moving and opposition papers, and having considered the arguments of counsel, hereby GRANTS Defendants' Motion to Dismiss, with prejudice.

ACCORDINGLY, IT IS HEREBY ORDERED that:

The Motion to Dismiss Plaintiff's Complaint is GRANTED and Plaintiffs' Complaint is dismissed in its entirety, with prejudice, as to Defendants Thomas Woods and Stoel Rives, LLP and without leave to amend.

IT IS SO ORDERED.

Dated: _____

UNITED STATES MAGISTRATE JUDGE
KENDALL J. NEWMAN

# DECLARATION OF SERVICE

I declare that I am over the age of eighteen years and not a party to this action. I am employed in the City and County of San Francisco and my business address is Three Embarcadero Center, Suite 1120, San Francisco, California 94111.

On February 22, 2019, at San Francisco, California, I served the attached document(s):

[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT

on the following parties:

James Wilfred Ray          *Plaintiffs*
Deborah Ann Ray
3190 Carlson Dr.
Shingle Springs, CA 95682

☒ **BY FIRST CLASS MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and mailing at the offices of Stoel Rives LLP, Three Embarcadero Center, Suite 1120, San Francisco, California 94111, a copy of the attached document in a sealed envelope, with postage fully prepaid, addressed as shown on the service list. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

☐ **BY HAND DELIVERY:** On the date written above, I placed a copy of the attached document in a sealed envelope, with delivery fees paid or provided for, and arranged for it to be delivered by messenger that same day to the office of the addressee, as shown on the service list.

☐ **BY EMAIL:** On the date written above, I emailed a copy of the attached documents to the addressee, as shown on the service list.

☐ **BY OVERNIGHT MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for overnight delivery. In the ordinary course of business, correspondence would be deposited in a box or other facility regularly maintained by the express service carrier or delivered to it by the carrier's authorized courier on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and overnight delivery at the offices of Stoel Rives LLP, Three Embarcadero Center, Suite 1120, San Francisco, California 94111, a copy of the attached document in a sealed envelope, with delivery fees prepaid or provided for, addressed as shown on the service list.

☒ **(Federal Courts Only)** I declare that I am employed in the office of a member of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on February 22, 2019, at San Francisco, California.

_____
Sharon R. Witkin