1  ROBERT J. GANDY (State Bar No. 225405)
   rjg@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  19100 Von Karman Ave. #700
   Irvine, California 92612
4  Telephone: (949) 442-7110
   Fax: (949) 442-7118
5
   MEGAN C. KELLY (State Bar No. 251293)
6  mck@severson.com
   SEVERSON & WERSON
7  A Professional Corporation
   One Embarcadero Center, Suite 2600
8  San Francisco, California 94111
   Telephone: (415) 398-3344
9  Facsimile: (415) 956-0439

10 Attorneys for Defendants
   DIANE P. CRAGG and SEVERSON & WERSON
11

12                    UNITED STATES DISTRICT COURT

13           EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

14

| JAMES WILFRED RAY AND DEBORAH ANN RAY, | Case No. 2:19-CV-0055-MCE-KJN |
|---|---|
| Plaintiffs, | **DEFENDANTS DIANE CRAGG AND SEVERSON & WERSON EX PARTE REQUEST FOR EXTENSION - OR STAY - OF RESPONSIVE PLEADING DEADLINE; DECLARATION OF MEGAN C. KELLY IN SUPPORT THEREOF** |
| vs. | |
| JUDGE WARREN STRACENER JUDGE FREDA PECHNER JUDGE THOMAS SMITH JUDGE DAVID DEVORE | **[Fed. R. Civ. P. 6; Local Rule 144]** |
| JENNIFER HEMINEZ, SUPERIOR COURT CLERK | The Hon. Kendall J. Newman |
| GARY DECKER, THE WOLF FIRM PAVEL EKMEKCHYAN, YU MOHANDESI DIANE CRAGG, SEVERSON & WERSON THOMAS WOODS, STOEL RIVES, LLP, | Action Filed:    January 8, 2019 |
| Defendants. | |

1    Defendants Diane Cragg and Severson & Werson ("Defendants") hereby respectfully
2 submit this ex parte request that the Court either grant a 28 day extension of the current March 29,
3 2019 deadline for Defendants to file a response to the Complaint in the above-referenced action, or
4 in the alternative, stay Defendants' obligation to respond to the Complaint pending the Court's
5 review and decision of the pending Findings and Recommendation entered on March 18, 2019.
6 Doc. 9.

7    Defendants' current response deadline is March 29, 2019.  Declaration of Megan C. Kelly
8 ("Kelly Decl.") ¶ 3.  On March 18, 2019, Magistrate Judge Kendall J. Newman issued a Findings
9 and Recommendation (Doc. 9) on the motion to dismiss filed by co-defendants Stoel Rives, LLP
10 and Thomas Woods (Doc. 7), wherein Magistrate Judge Newman recommended that "all claims
11 against the non-appearing attorneys and law firms be DISMISSED WITH PREJUDICE," that the
12 "entire case be DISMISSED WITH PREJUDICE" and that the "Clerk of the Court be directed to
13 close the case.".  Doc. 9.

14    The deadline to file any objection to the Findings and Recommendation falls on April 1,
15 2019, one day after the deadline for Defendants to file a responsive pleading.  Kelly Decl. ¶ 4.
16 Regardless of whether an objection is filed, there may be additional delay before Judge England
17 issues an order on the Findings and Recommendation.

18    If adopted, the Findings and Recommendation would dismiss all claims and the entire case
19 against Defendants.  Thus, in order to preserve the Court's resources, as well as the parties'
20 resources, good cause exists to extend or stay the March 29, 2019 deadline for Defendants to file a
21 response to the Complaint to see if the Findings and Recommendations are adopted by the Court
22 and the case is dismissed in its entirety as to all defendants.

23    Counsel for Defendants attempted to obtain a stipulated extension from Plaintiffs.  Kelly
24 Decl. ¶6.  Counsel reached out to Plaintiffs by telephone and e-mail but did not receive a response.
25 Kelly Decl. ¶6, Ex. A.  Defendants therefore respectfully request that the Court grant Defendants a
26 28-day extension of the March 29, 2019 deadline to file a responsive pleading or otherwise stay
27 Defendants' obligation to file a responsive pleading until an order is issued regarding the March
28 18, 2019 Findings and Recommendation.

1  DATED:  March 28, 2019                Respectfully submitted,

2                                        SEVERSON & WERSON
                                         A Professional Corporation
3

4

5                                        By:     /s/ Megan C. Kelly
                                                    Megan C. Kelly
6

7                                        Attorneys for Defendants DIANE P. CRAGG and
                                         SEVERSON & WERSON
8

## DECLARATION OF MEGAN C. KELLY

I, Megan C. Kelly, declare:

1.    I am an attorney at law, a member in good standing of the State Bar of California and duly admitted to practice before this and other courts. I practice with Severson & Werson, APC, attorneys of record for Diane Cragg and Severson & Werson, APC ("Defendants") in this action. In that capacity I have personal knowledge regarding filings in and matters related to this case and all the matters contained in this declaration. I make this declaration in support of Defendants' request for an extension or stay of Defendants' obligation to file a responsive pleading in light of the pending Findings and Recommendation (Doc. 9).

2.    On or about January 8, 2019, Plaintiffs filed a Complaint for Violation of Civil Rights ("Complaint"), identified as Case Number 2:19-CV-0055 MCE KJN PS. Doc. 1.

3.    On or about January 30, 2019, Defendants Diane Cragg and Severson & Werson ("Defendants") received a Waiver of Service of Summons and a copy of the Complaint. Pursuant to the Waiver of Service of Summons Defendants are to file a responsive pleading no later than March 29, 2019.

4.    On March 18, 2019, Magistrate Judge Kendall J. Newman issued a Findings and Recommendation on the motion to dismiss filed by co-defendants Stoel Rives, LLP and Thomas Woods. Doc. 9. Pursuant to the Findings and Recommendation, Magistrate Judge Newman has recommended that "all claims against the non-appearing attorneys and law firms be DISMISSED WITH PREJUDICE," that the "entire case be DISMISSED WITH PREJUDICE" and that the "Clerk of the Court be directed to close the case." Presently, the deadline to file any objection to the Findings and Recommendation falls on April 1, 2019, one day after the response deadline for Defendants.

5.    If adopted by the Court, the Findings and Recommendation would dismiss all claims and the entire case against Defendants. In order to preserve both the parties' and the Court's resources, good cause exists to extend the deadline for Defendants to respond in order to see if the Findings and Recommendation are adopted by the Court.

6.    On March 26, 2019, I attempted to call Plaintiffs at the telephone number listed on

1 | the caption. I was not able to get through. Also on March 26, 2019, I e-mailed Plaintiffs at the e-
2 | mail address listed in the caption of the complaint. A copy of my email and the proposed
3 | stipulation are attached as Exhibit A. I did not receive any response to my e-mail.
4 |     I declare under penalty of perjury under the laws of the United States of America and the
5 | State of California that the foregoing is true and correct and that this declaration was executed on
6 | March 28 2019, in San Francisco, California.

/s/ Megan C. Kelly

# EXHIBIT A

# Megan C. Kelly

| | |
|---|---|
| **From:** | Megan C. Kelly |
| **Sent:** | Tuesday, March 26, 2019 5:00 PM |
| **To:** | 'theray6@sbcglobal.net' |
| **Subject:** | Ray vs. Judge Warren Stracener et al. / USDC Eastern Dist. Case No. 2:19-cv -0055 MCE KJN PS |
| **Attachments:** | 14802213_1_Stip re Ext of responsive pleading deadline.DOCX; 14795251_1_Ray Findings and Recommendation 3.18.19 dkt 9.PDF |

Dear Mr. and Ms. Ray,

We represent Diane Cragg and Severson and Werson in the above referenced matter filed by you both. As you know, Magistrate Judge Newman issued a Findings and Recommendation (attached) recommending that all claims against all defendants be dismissed with prejudice and that the entire case be dismissed with prejudice.

Given Magistrate Judge Newman's recommendation that the matter be dismissed as to both appearing and non-appearing defendants, we believe it makes sense to see if the Findings and Recommendations are adopted as the final order of the Court before we proceed with filing a response to the complaint. If the Findings and Recommendations are adopted, then the matter is dismissed and no response is necessary. We are therefore writing to seek a 28-day extension of the March 29, 2019 deadline for our responsive pleading. Agreeing to this extension would conserve resources of both the parties and the Court.

I have prepared the attached stipulation. Please review, and if agreeable, sign at the respective signature blocks and return to me via email. If I do not have your agreement to the attached stipulation by 5:00 p.m. tomorrow, March 27, 2019, I plan to seek the extension via ex parte application to the Court.

Please be advised that I tried to contact you by telephone today, using the number listed on the caption, but I was not able to get through to you.

Thank you,



**Megan C. Kelly**
Attorney
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Main: (415) 398-3344   Direct: (415) 677-5679
Email: mck@severson.com   www.severson.com

1

1  ROBERT J. GANDY (State Bar No. 225405)
   rjg@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  19100 Von Karman Ave. #700
   Irvine, California 92612
4  Telephone: (949) 442-7110
   Fax: (949) 442-7118
5
   MEGAN C. KELLY (State Bar No. 251293)
6  mck@severson.com
   SEVERSON & WERSON
7  A Professional Corporation
   One Embarcadero Center, Suite 2600
8  San Francisco, California 94111
   Telephone: (415) 398-3344
9  Facsimile: (415) 956-0439

10 Attorneys for Defendants
   DIANE P. CRAGG and SEVERSON & WERSON
11

12                    UNITED STATES DISTRICT COURT
13
               EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
14

| JAMES WILFRED RAY AND DEBORAH ANN RAY,<br><br>Plaintiffs,<br><br>vs.<br><br>JUDGE WARREN STRACENER<br>JUDGE FREDA PECHNER<br>JUDGE THOMAS SMITH<br>JUDGE DAVID DEVORE<br>JENNIFER HEMINEZ, SUPERIOR COURT CLERK<br>GARY DECKER, THE WOLF FIRM<br>PAVEL EKMEKCHYAN, YU MOHANDESI<br>DIANE CRAGG, SEVERSON & WERSON<br>THOMAS WOODS, STOEL RIVES, LLP,<br><br>Defendants. | Case No. 2:19-CV-0055-MCE-KJN<br><br>**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE**<br>**[Fed. R. Civ. P. 6; Local Rule 144]**<br><br>The Hon. Kendall J. Newman<br><br>Action Filed:    January 8, 2019 |
|---|---|

00192.0175/14802213.1                                         2:19-CV-0055-MCE-KJN

1     WHEREAS, on or about January 8, 2019, Plaintiffs filed a Complaint for Violation of Civil Rights ("Comlaint"), identified as Case Number 2:19-CV-0055 MCE KJN PS.

3     WHEREAS, on or about January 30, 2019, Defendants Diane Cragg and Severson & Werson ("Defendants") received a Waiver of Service of Summons and a copy of the Complaint. Pursuant to the Waiver of Service of Summons Defendants are to file a responsive pleading no later than March 29, 2019.

7     WHEREAS, on March 18, 2019, Magistrate Judge Kendall J. Newman issued a Findings and Recommendation on the motion to dismiss filed by co-defendants Stoel Rives, LLP and Thomas Woods. Pursuant to the Findings and Recommendation, Magistrate Judge Newman has recommended that "all claims against the non-appearing attorneys and law firms be DISMISSED WITH PREJUDICE," that the "entire case be DISMISSED WITH PREJUDICE" and that the "Clerk of the Court be directed to close the case."

13     WHEREAS, if adopted, the Findings and Recommendation would dismiss all claims and the entire case against Defendants.

15     WHEREAS, the deadline to file any objection to the Findings and Recommendation falls on April 1, 2019, *after* the deadline for Defendants to file a responsive pleading. Regardless of whether an objection is filed, there may be additional delay before Judge England issues an order on the Findings and Recommendation.

19     WHEREAS, in order to preserve the Court's resources, as well as Defendants' counsel for Defendants met and conferred with Plaintiffs to obtain a twenty-eight day extension of the March 29, 2019 responsive pleading deadline in accordance with Local Rule 144. Plaintiffs agreed.

22     IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Defendants, on the other, through their respective counsel of record, that the deadline for Defendants to file a responsive pleading is hereby extended to April 26, 2019. If, during that time, Judge England issues an order adopting the Findings and Recommendation, Defendants shall not be required to file any responsive pleading because all claims will have been dismissed and the entire case will have been dismissed.

**IT IS SO STIPULATED.**

DATED: March ___, 2019          SEVERSON & WERSON
                                A Professional Corporation


                                By: _____
                                        Megan C. Kelly

                                Attorneys for Defendants DIANE P. CRAGG and
                                SEVERSON & WERSON


DATED: March ___, 2019



                                By: _____


                                Attorneys for James Wilfred Ray, Pro Se

DATED: March ___, 2019



                                By: _____


                                Attorneys for Deborah Ann Ray, Pro Se