ROBERT J. GANDY (State Bar No. 225405)
rjg@severson.com
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman Ave. #700
Irvine, California 92612
Telephone: (949) 442-7110
Fax: (949) 442-7118

MEGAN C. KELLY (State Bar No. 251293)
mck@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
DIANE P. CRAGG and SEVERSON & WERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES WILFRED RAY AND DEBORAH ANN RAY,<br><br>Plaintiffs,<br><br>vs.<br><br>JUDGE WARREN STRACENER<br>JUDGE FREDA PECHNER<br>JUDGE THOMAS SMITH<br>JUDGE DAVID DEVORE<br>JENNIFER HEMINEZ, SUPERIOR COURT CLERK<br>GARY DECKER, THE WOLF FIRM<br>PAVEL EKMEKCHYAN, YU MOHANDESI<br>DIANE CRAGG, SEVERSON & WERSON<br>THOMAS WOODS, STOEL RIVES, LLP,<br><br>Defendants. | Case No. 2:19-CV-0055-MCE-KJN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS DIANE CRAGG AND SEVERSON & WERSON EX PARTE REQUEST FOR EXTENSION - OR STAY - OF RESPONSIVE PLEADING DEADLINE; DECLARATION OF MEGAN C. KELLY IN SUPPORT THEREOF**<br>**[Fed. R. Civ. P. 6; Local Rule 144]**<br><br>The Hon. Kendall J. Newman<br><br>Action Filed:   January 8, 2019 |

1  For the reasons set forth in the Ex Parte Application filed by Defendants Diane Cragg and
2  Severson & Werson ("Defendants"), and good cause appearing, the March 29, 2019 deadline for
3  Defendants to file a response to the Complaint is hereby extended to April 26, 2019.
4  IT IS SO ORDERED.
5  DATED: _____, 2019

_____
The Hon. Kendall J. Newman
United States Magistrate Judge