ROBERT J. GANDY (State Bar No. 225405)
rjg@severson.com
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman Ave. #700
Irvine, California 92612
Telephone: (949) 442-7110
Fax: (949) 442-7118

MEGAN C. KELLY (State Bar No. 251293)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
DIANE P. CRAGG and SEVERSON & WERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES WILFRED RAY AND DEBORAH ANN RAY,<br><br>Plaintiffs,<br><br>vs.<br><br>JUDGE WARREN STRACENER<br>JUDGE FREDA PECHNER<br>JUDGE THOMAS SMITH<br>JUDGE DAVID DEVORE<br>JENNIFER HEMINEZ, SUPERIOR COURT CLERK<br>GARY DECKER, THE WOLF FIRM<br>PAVEL EKMEKCHYAN, YU MOHANDESI<br>DIANE CRAGG, SEVERSON & WERSON<br>THOMAS WOODS, STOEL RIVES, LLP,<br><br>Defendants. | Case No. 2:19-CV-0055-MCE-KJN<br><br>**PROOF OF SERVICE**<br><br>The Hon. Kendall J. Newman<br><br>Action Filed:    January 8, 2019 |

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

00192.0175/14805763.1

On March 28, 2019, I served true copies of the following document(s):

**DEFENDANTS DIANE CRAGG AND SEVERSON & WERSON EX PARTE REQUEST FOR EXTENSION - OR STAY - OF RESPONSIVE PLEADING DEADLINE; DECLARATION OF MEGAN C. KELLY IN SUPPORT THEREOF [Fed. R. Civ. P. 6; Local Rule 144]**

**[PROPOSED] ORDER GRANTING DEFENDANTS DIANE CRAGG AND SEVERSON & WERSON EX PARTE REQUEST FOR EXTENSION - OR STAY - OF RESPONSIVE PLEADING DEADLINE; DECLARATION OF MEGAN C. KELLY IN SUPPORT THEREOF [Fed. R. Civ. P. 6; Local Rule 144]**

on the interested parties in this action as follows:

| | |
|---|---|
| James Wilfred Ray<br>Deborah Ann Ray<br>3190 Carlson Drive<br>Shingle Springs, CA 95682 | Plaintiffs In Pro Per<br>Tel:  530-676-1486<br>email:  theray6@sbcglobal.net |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY E-MAIL:  By agreement of the parties or by court order**, I caused a copy of the document(s) to be sent from e-mail address dgl@severson.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted, and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 28, 2019, at San Francisco, California.

_Deborah_ (signature)
Deborah G. Lazzarini