# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JAMES WILFRED RAY, ET AL.,**

CASE NO: **2:19–CV–00055–MCE–KJN**

v.

**WARREN STRACENER, ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/12/19**

**Marianne Matherly**
Clerk of Court

ENTERED:  **June 12, 2019**

by:  /s/  L. Mena–Sanchez _____
Deputy Clerk